# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

May 21, 2002

**Before**

Hon. Joel M. Flaum, *Chief Judge*

Hon. John L. Coffey, *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

| | |
|---|---|
| No. 00-3242 | Appeal from the United States District Court for the Eastern District of Wisconsin |
| Rene Rodriguez, | |
| *Petitioner-Appellant,* | No. 97 C 426 |
| v. | **Thomas J. Curran,** *Judge.* |
| United States of America, | |
| *Respondent-Appellee.* | |

**O R D E R**

The opinion of this court issued on April 11, 2002 is amended as follows:

A footnote is added at the end of the carryover paragraph at the top of p.13 of the slip opinion, to read:

Rodriguez's *Apprendi* claim does not benefit from our recent decision in *Ashley v. United States,* 266 F.3d 671 (7th Cir. 2001), where we held that the one-year statute of limitations in §2255 does not apply to *Apprendi* claims brought in initial motions for collateral review. Rodriguez's *Apprendi* claim is not an initial motion for collateral review as it was raised in post-judgment motion to amend his initial claim which the district court denied in a proper exercise of discretion. *Ashley* does not apply in this case because Rodriguez's *Apprendi* claim is a successive collateral attack triggering AEDPA's gate-keeping functions. *See* 28 U.S.C. § 2255, ¶ 8.1.

Petitioner-Appellant filed a petition for rehearing *en banc* on April 25, 2002.  No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all of the judges on the panel have voted to deny rehearing.  The petition is therefore DENIED.